Certificate Number: 03088-PAE-DE-029793254

Bankruptcy Case Number: 17-15549



03088-PAE-DE-029793254

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 28, 2017</u>, at <u>9:22</u> o'clock <u>AM CDT</u>, <u>Rachel M Fingles</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 28, 2017</u>            By:    <u>/s/Crystal Towner</u>

Name:  <u>Crystal Towner</u>

Title:   <u>Counselor</u>